## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Facilities Management Services of Pennsylvania, Inc., | : | Case No. 24-13194 (AMC) |
| Debtor | : | |

### APPLICATION TO EMPLOY SMITH KANE HOLMAN, LLC AS DEBTOR'S COUNSEL PURSUANT TO SECTION 327 OF THE UNITED STATES BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

Facilities Management Services of Pennsylvania, Inc. (the "Debtor") applies to this Court to employ Smith Kane Holman, LLC ("SKH") as its counsel and avers as follows:

### Background

1.  The Debtor filed a voluntary petition pursuant to chapter 11 of the United States Bankruptcy Code on September 10, 2024 (the "Petition Date").

2.  The Debtor wishes to employ SKH as its bankruptcy counsel. The 2024 standard hourly rates charged by SKH are as follows: (1) partners, $475 – $500; (2) associates, $300 – $375; and (3) paralegals, $75 – $100. SKH has advised the Debtor that its standard hourly rates are adjusted prospectively at the end of each calendar year.

### Debtor's Need for Legal Counsel

3.  The Debtor believes that it will need SKH for bankruptcy representation in order to perform its duties as debtor-in-possession and, ultimately, formulate and confirm a plan of reorganization. The professional services that SKH will render to the Debtor include, but are not limited to, the following services:

    (a)    advising the Debtor with respect to its rights and obligations pursuant to the Bankruptcy Code;

    (b)  assisting the Debtor in the preparation of the schedules and statement of financial affairs and any amendments thereto;

    (c)  representing the Debtor at its first meeting of creditors and any and all Rule 2004 examinations;

    (d)  preparing any and all necessary applications, motions, answers, responses, orders, reports and any other type of pleading or document regarding any proceeding instituted by or against the Debtor with respect to this case;

    (e)  assisting the Debtor in the formulation and seeking confirmation of a chapter 11 plan and disclosure materials; and

    (f)  performing all other legal services for the Debtor which may be necessary or desirable in connection with this case.

  4.  SKH has significant experience in representing financially troubled parties. SKH routinely provides legal representation in the areas of reorganization and debt restructuring for debtors and other similarly situated parties.

  5.  The fees that SKH would charge for services performed—should this Court approve the within Application—are based upon the rates set forth above, subject to possible adjustment at the close of each calendar year.

  6.  SKH has indicated that it will be able and willing to provide these services for the above rates, with reimbursement of costs and expenses incurred, subject to application to, and approval of, this Court.

  7.  SKH's pre-bankruptcy services for the Debtor, along with all payments made by the Debtor to SKH, are set forth in the verified statement submitted by SKH in connection with this Application.

8.  Based upon SKH's verification accompanying this Application, SKH believes that (a) it does not hold or represent an interest adverse to the estate, (b) it is a "disinterested person" under Section 101(14) of the Code, and (c) its employment is in the best interest of the estate.

9.  SKH is not a creditor of the Debtor. Based upon a review of a list of all creditors of the Debtors, SKH does not represent any creditors.

WHEREFORE, the Debtor hereby requests that this Court enter an order granting the Application to Employ Smith Kane Holman, LLC as Debtor's Counsel Pursuant to Section 327 of the United States Bankruptcy Code and Bankruptcy Rule 2014 on the basis set forth herein above, effective as of the date of this Application.

FACILITIES MANAGEMENT SERVICES
OF PENNSYLVANIA, INC.

Date:  September 10, 2024

By: /s/ Eric Linn
Eric Linn, President of Facilities
Management Services of Pennsylvania, Inc.