# EXHIBIT A
# LOCAL BANKRUPTCY RULE 2014-1 DISCLOSURES REGARDING PAYMENTS WITHIN 90 DAYS OF THE BANKRUPTCY

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| 7/1/2024 | $990.00 | $990.00 | $0.00 | $0.00 |
| 8/29/2024 | $3,069.00 | $3,069.00 | $0.00 | $0.00 |
| 9/10/2024 | $10,000.00 | $3,118.50 | $5,525.50[1] | $1,356.00 |

---

[1] This amount includes the chapter 11 filing fee of $1,738.00.