UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Facilities Management Services of Pennsylvania, Inc., | : | Case No. 24-13194 (AMC) |
| | : | |
| Debtor | : | |

NOTICE OF DEBTOR'S APPLICATION
TO EMPLOY SMITH KANE HOLMAN, LLC AS DEBTOR'S COUNSEL
PURSUANT TO SECTION 327(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

TO:  THE UNITED STATES TRUSTEE, DEBTOR, CREDITORS AND ALL PARTIES ON THE CLERK'S SERVICE LIST

1. The above-captioned Debtor has filed an application seeking to employ Smith Kane Holman, LLC as its bankruptcy counsel in this Chapter 11 case.

2. Any party receiving this Notice may file an answer, objection, or other responsive pleading to the Application with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before seven (7) days from the date of this Notice. A copy of any answer, objection or other responsive pleading filed with respect to the Application must also be served upon Smith Kane Holman, LLC at the address set forth below.

3. In the absence of any answer, objection, responsive pleading or request for hearing, Smith Kane Holman, LLC will certify same to the Court and request that an Order be entered granting the Application.

SMITH KANE HOLMAN, LLC

Date: September 10, 2024    By:*/s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com
*Proposed Counsel to Debtor*