# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Facilities Management Services of Pennsylvania, Inc., | : | Case No. 24-13194 (AMC) |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Nicholas M. Engel, Esquire, do hereby certify that on this date, I caused a true and correct copy of the Application to Employ Smith Kane Holman, LLC as Debtor's Counsel Pursuant to Section 327 of the United States Bankruptcy Code and Bankruptcy Rule 2014 (the "Application"), as well as Notice of the Application, to be served by first-class mail, postage prepaid, upon the twenty largest unsecured creditors and those on the Clerk's Service List.

Date:  September 10, 2024               By:/s/ *Nicholas M. Engel*
                                        Nicholas M. Engel, Esquire

## **SERVICE LIST**
(first-class mail)

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

1608 Walnut Street Associates
1608 Walnut Street, Suite 903
Philadelphia, PA  19102

Access Information
a/k/a/ Priority Shred
PO Box 850416
Minneapolis, MN  55485-0416

AMEX Optima
PO Box 1270
Newark, NJ  07101-1270

AMEX Platinum
PO Box 1270
Newark, NJ  07101-1270

Brandywine Operating Partnership, LP
PO Box 826730
Philadelphia, PA  19182-6730

De Lage Landen Financial Services, Inc.,
PO Box 41602
Philadelphia, PA  19101-1602

Federal Realty OP LP
f/k/a Federal Realty Investment Trust
909 Rose Avenue, Suite 200
Rockville, MD  20852

Henry Schein
PO Box 371952
Pittsburgh, PA  15250-7952

Keystone Health Plan East
Lockbox 3092
PO Box 8500
Philadelphia, PA  19178-9228

LAZ Parking
PO Box 719228
Philadelphia, PA  19171-9228

MedOfficePro
PO Box 826973
Philadelphia, PA  19182

Miles Tech
100 Mount Holly Bypass
Lumberton, NJ  08048

New York Life Insurance Co.
PO Box 130539
Dallas, TX  75313-0539

PMC Property Group
1608 Walnut Street, Suite 1400
Philadelphia, PA  19103

Promising Development LLC
d/b/a Jan-Pro
740 Springdale Drive, Suite 205
Exton, PA  19341

Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

Safeguard Business Systems
Lockbox 229
PO Box 7247
Philadelphia, PA  19170-0001

South-Whit Shopping Center Associates
100 Grove Road, Suite F
Paulsboro, NJ  08066

Surace & Stanton, LLC
1974 Sproul Road, Suite 208
Broomall, PA  19008

William P. Geraghty
Landscaping & Design
417 Old Gulph Road
Narberth, PA  19072