**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Facilities Management Services of Pennsylvania, Inc., | : | Case No. 24-13194 (AMC) |
| | : | |
| Debtor | : | |

**ORDER (I) SCHEDULING A HEARING ON PLAN CONFIRMATION,
(II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES AND
VOTING MATERIALS, (III) AND ESTABLISHING DEADLINES AND
NOTICE PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN**

AND NOW, upon consideration of the Motion of Facilities Management Services of Pennsylvania, Inc. (the "Debtor") for Entry of an Order (i) Scheduling a Hearing on Plan Confirmation, (ii) Approving Plan Solicitation and Voting Procedures and Voting Materials, and (iii) Establishing Deadlines and Notice Procedures in Connection with Confirmation of the Plan (the "Motion"), along with any objections filed thereto; and after notice and opportunity for hearing; and that the Court having found that the proposed voting materials and voting procedures satisfy the requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

It is ORDERED, and notice is hereby given that:

1. The proposed voting procedures, and the proposed voting materials, consisting of a ballot conforming to Official Form 314 and Transmission Letter[1] are hereby APPROVED.

3. On or before __Jan. 21_____, 2025, the Debtor's Plan of Reorganization for Small Business under Chapter 11, dated December 9, 2024 (the "Plan of Reorganization"); a ballot conforming to Official Form 314; the Transmission Letter; and a copy of this Order shall

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

be mailed to creditors, equity holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).

4.     __Feb. 25_____, 2025, is hereby set as the last date by which ballots must be received by counsel for the Debtor in order to be considered as acceptances or rejections of the Plan of Reorganization.

5.     In accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1), __Feb 25_____, 2025 is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to be filed with the Bankruptcy Court and served upon counsel for the Debtor at the address set forth below.

6.     The Debtor shall file its Report of Plan Voting with the Court on or before __Feb. 28_____, 2025.

7.     The hearing on confirmation of the Plan of Reorganization shall be held in the United States Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, PA on __March 5_____, 2025 at __12:30__ p.m.

Dated: __Jan. 16, 2025__

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge